UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS



Matter of

Daniel Baucicault Jr
A# 76 490 825
    Petitioner

File No:_____

## PETITION FOR EMERGENCY STAY OF REMOVAL

Now comes Daniel Baucicault Jr, **Hereafter Daniel Baucicault,** proceeding prose and hereby requests this Honorable court to grant the petitioner an emergency withholding of removal on his pending deportation/removal on the above captioned matter. petitioner states reasons as follows:

    1. Have in the past filed an appeal with the Board Of Immigration Appeal.

    2. The aforementioned was summarily dismissed on or about june 22, 2004.

    3. I have matters pending in criminal courts.

    4. I have submitted a letter to the **SUPREME JUDICIAL COURT** seeking their intervention on my criminal appeal which the Judge **HON. (PAUL L. MC GILL)** continuosly postponed. For no apperant reason.

    5. There exist exculpatory evidence that was not brought to my attention until long after I plead guilty (see enclosed document).

    6. Petitioner would be irreparably harmed and will suffer prejudice if I were removed from the UNITED STATES OF AMERICA. His petition for relief before this Honorable court would be moot if he were removed before he had a chance to appeal his criminal

(1)

wherefore, on the basis of the foregoing; Petitioner prays this Honorable court would grant his emergency withholding of removal.

## CERTIFICATE OF SERVICE

I, Daniel Baucicault Jr. Certify that I have served a copy of the enclosed "Petition For Emergency stay of removal" to the respondent on this date with pre-paid postage on the following address.

Office Of the District Counsel/BO
P.O. Box 8728
Boston, MA 02114

_____
DANIEL BAUCICAULT Jr.

(2)



*The Commonwealth of Massachusetts*
DISTRICT ATTORNEY OF SUFFOLK COUNTY
RALPH C. MARTIN, II

Roxbury District Court
85 Warren Street
Roxbury, MA 02119

Telephone (617) 445-8618

1/8/01

Today, January 8, 2001, I spoke with Sabine Petion (DOB 5/2/78) regarding the case of the Commonwealth v Daniel Boucicault (Docket # 00-5963) Ms. Petion stated to me that she had lied to police officers about this incident. Ms. Petion stated that the alledged defendant, Daniel Boucicault, in this matter was not the man who beat her. Ms. Petion also stated that Mr. Boucicault was not in the area at the time of the attack. Ms. Petion stated that she blatantly lied to Boston Police Officers in order to get back at Mr. Boucicault. Mr. Boucicault is the father of Ms. Petion child + does not aid in the rearing of the child in any manner. Ms. Petion stated that the information in Boston Incident Report #000637856 was false regarding the defendant.

I, Sabine Petion attest that the above statements are a true and accurate account of my conversation with Investigator Peterson

1/8/2001    Date

Respectfully Submitted,

Kenneth Peterson
Criminal Investigator, SCDAO