UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>DANIEL BAUCICAULT, JR.</u>,
          Petitioner,

v.	Civil Action No.  04-11837-DPW

<u>IMMIGRATION AND CUSTOMS ENFORCEMENT,</u>
          Respondent.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒	GRANTED.

G	DENIED for the following reason(s):

SO ORDERED.

<u>October 29, 2004</u>	<u>/s/ Douglas P. Woodlock</u>
DATE	UNITED STATES DISTRICT JUDGE