```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

DANIEL BAUCICAULT, Jr.,      )
                             )
          Petitioner,        )
                             )
     v.                      ) C.A. No. 04-11837-DPW
                             )
IMMIGRATION                  )
AND CUSTOMS ENFORCEMENT,     )
                             )
          Respondent.        )
```

### ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order entered October 29, 2004, denying the Petition for Habeas Corpus relief under 28 U.S.C. §2241, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

```
                              BY THE COURT,


                              /s/ Michelle Rynne
                              Deputy Clerk
```

DATED: October 29, 2004